IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nettles, Willie D | Case Number: 07 B 05815 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 110.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 104.06 |
| Trustee Fee: | | 5.94 |
| Other Funds: | | 0.00 |
| Totals: | 110.00 | 110.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,200.00 | 104.06 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 5. | EMCC | Secured | 0.00 | 0.00 |
| 6. | Fremont Investment & Loan | Secured | 22,074.27 | 0.00 |
| 7. | Fremont Investment & Loan | Secured | 4,531.14 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 474.89 | 0.00 |
| 9. | Nicor Gas | Unsecured | 990.20 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 20.00 | 0.00 |
| 11. | Capital One | Unsecured | 115.73 | 0.00 |
| 12. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 240.42 | 0.00 |
| 13. | Amex | Unsecured | | No Claim Filed |
| 14. | Universal Lenders Inc | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Hsbc Nv | Unsecured | | No Claim Filed |
| 17. | Security Check, LLC | Unsecured | | No Claim Filed |
| 18. | Cache Inc | Unsecured | | No Claim Filed |
| | | | $ 30,646.65 | $ 104.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.94 |
| | $ 5.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nettles, Willie D | Case Number:  07 B 05815 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  4/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

